438 A.2d 645

Commonwealth v. Mundt, Appellant.

Submitted May 22, 1981. David Metinko, Assistant Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.

PRICE, J., did not participate in the consideration or decision of this case.